UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

Cr. No. 5:12-cr-00170-H-1

v.

ORDER

KODI LAMAR HAWKINS,

    Defendant.
_____/

Upon motion of the Defendant and for good cause show it is hereby ORDERED that Docket Number 164 in the above-captioned case be sealed.

This the 8th day of July 2013.

                                                  MALCOLM J. HOWARD
                                                SENIOR UNITED STATES DISTRICT JUDGE