UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

Cr. No. 5:12-cr-00170-H-1

v.

ORDER TO SEAL

KODI LAMAR HAWKINS,

    Defendant.

_____/

Upon motion of the Defendant, it is hereby ORDERED that the Document Number 195 in the above-captioned case be sealed.

This the 6th day of Dec, 2013.

_____
UNITED STATES DISTRICT JUDGE