UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

Cr. No. 5:12-CR-170-H-1

v.

**ORDER**

KODI LAMAR HAWKINS,

    Defendant.

_____/

Upon unopposed motion of the Defendant and for good cause shown, IT IS ORDERED that the sentencing in the above-captioned case is hereby continued until March 11, 2014_____. The Court finds that the ends of justice served by granting these matters to be rescheduled outweigh the best interests of the public and the Defendant in a speedy trial. The period of delay necessitated by rescheduling these matters are excluded from Speedy Trial Act computation pursuant to 18 U.S.C. § 3161(h)(7)(A).

This the 14th day of Feb, 2014.

                                        MALCOLM J. HOWARD
                                      SENIOR UNITED STATES DISTRICT JUDGE